No. A–807. BROWN ET AL. *v.* THOMSON, GOVERNOR OF NEW HAMPSHIRE. C. A. 1st Cir. Motion to amend or clarify order which this Court entered March 24, 1978 [*ante,* p. 938], denied.

No. A–856. KISSINGER *v.* REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL. Application for stay of order of the United States District Court for the District of Columbia, entered January 25, 1978, presented to THE CHIEF JUSTICE and by him referred to the Court, granted pending final disposition of the appeals in the United States Court of Appeals for the District of Columbia Circuit.

No. D–134. IN RE DISBARMENT OF BEITLING. It is ordered that S. Richard Beitling of Independence, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–679. INTERNAL REVENUE SERVICE *v.* FRUEHAUF CORP. ET AL., 429 U. S. 1085. Motion of respondents to retax costs denied.

No. 77–529. WISE, MAYOR OF DALLAS, ET AL. *v.* LIPSCOMB ET AL. C. A. 5th Cir. [Certiorari granted, 434 U. S. 1008.] Motion of Adelfa B. Callejo et al. for leave to participate in oral argument denied. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS would grant the motion.

No. 77–1200. AMERICAN ASSOCIATION OF COUNCILS OF MEDICAL STAFFS OF PRIVATE HOSPITALS, INC. *v.* JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. Motion for leave to file petition for writ of mandamus denied.